UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
LUIGI ABREU, *Individually, and On Behalf of All Others* :
*Similarly Situated*,                                             :
                                                                  :
                                    Plaintiff,                    :
                                                                  :          22 Civ. 2102 (JPC)
                        -v-                                        :
                                                                  :              ORDER
COLT'S     MANUFACTURING     IP     HOLDING :
COMPANY LLC,                                                      :
                                                                  :
                                    Defendant.                    :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court ordered the parties to, by July 6, 2022, "file a status letter" if "the Plaintiff has

not filed a notice of dismissal[] or the parties a stipulation of dismissal." Dkt. 8.  To date, the case

remains pending, and the parties have not filed the required status letter.  If by August 1, 2022, the

Plaintiff has not filed a notice of dismissal, or the parties a stipulation of dismissal, then the parties

shall file a joint status by that date.

        SO ORDERED.

Dated: July 28, 2022
       New York, New York            _____
                                            JOHN P. CRONAN
                                         United States District Judge