UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

LUIGI ABREU, Individually, and On Behalf of All Others Similarly Situated,

                      Plaintiff,

vs.

COLT'S MANUFACTURING IP HOLDING

                      Defendant.

-----------------------------------------------------------x

Case No.: 1:22cv2102

**NOTICE OF VOLUNTARY DISMISSAL**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Luigi Abreu hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Colt's Manufacturing IP Holding

DATED:  July 29, 2022

**MIZRAHI KROUB LLP**

           /s/ Edward Y. Kroub
           EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.
Date: August 1, 2022
     New York, New York

_____
JOHN P. CRONAN
United States District Judge